UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERRI MILLER,

        Plaintiff,

   v.

METROPOLITAN LIFE INSURANCE COMPANY; QUEBECOR WORLD LONG TERM DISABILITY PLAN,

        Defendants.

No. 2:10-cv-00369-MCE-EFB

**ORDER TO SHOW CAUSE**

----oo0oo----

Through the present action, Plaintiff Terri Miller seeks to obtain long term disability benefits under an employee welfare benefit plan established by her employer, Defendant Quebecor World, and issued by Defendant Metropolitan Life Insurance Company.  Plaintiff contends her disability benefits were improperly terminated and she seeks both reinstatement of those benefits and the payment of past benefits she claims she should have received.

///

///

1    Plaintiff's lawsuit was commenced on February 11, 2010 in
2 the Sacramento Division of this Court.  The Complaint indicates
3 that Plaintiff is a resident of Merced County, California, and
4 while the Complaint is silent with respect to Defendant Quebecor
5 World's location, it appears likely that Plaintiff worked for
6 Quebecor World in Merced County.
7    Merced County is part of the Fresno Division of the United
8 States Court for the Eastern District of California.  See Local
9 Rule 120(d).  Pursuant to Local Rule 120(f), any civil action
10 which has not been commenced in the proper court may, on the
11 Court's own motion, be transferred to the proper division.
12    Because the Court suspects that all actions relevant to this
13 lawsuit occurred within Merced County, intradistrict transfer to
14 Fresno would appear appropriate.  Plaintiff is ordered to show
15 cause why such transfer should not occur.  Plaintiff is directed
16 to respond to this Order to Show Cause not later than **Friday,**
17 **March 5, 2010.**  Unless good cause is demonstrated for retaining
18 the case in Sacramento, the Court will order the matter
19 transferred to the Court's Fresno Division without further
20 notice.
21    IT IS SO ORDERED.

Dated: February 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2