UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TERRI MILLER,

        Plaintiff,

   v.

METROPOLITAN LIFE INSURANCE
COMPANY; QUEBECOR WORLD LONG
TERM DISABILITY PLAN,

        Defendants.

NO. 2:10-cv-00369-MCE-EFB

**ORDER TO SHOW CAUSE**

----oo0oo----

    Through the present action, Plaintiff Terri Miller seeks to obtain long term disability benefits under an employee welfare benefit plan established by her employer, Defendant Quebecor World, and issued by Defendant Metropolitan Life Insurance Company. Plaintiff contends her disability benefits were improperly terminated and she seeks both reinstatement of those benefits and the payment of past benefits she claims she should have received.

Plaintiff's lawsuit was commenced on February 11, 2010 in the Sacramento Division of this Court. The Complaint indicates that Plaintiff is a resident of Merced County, California, and while the Complaint is silent with respect to Defendant Quebecor World's location, it appears likely that Plaintiff worked for Quebecor World in Merced County. Consequently all actions relevant to this lawsuit appear to have occurred within Merced County.

Merced County is part of the Fresno Division of the United States Court for the Eastern District of California. See Local Rule 120(d). Pursuant to Local Rule 120(f), any civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper division.

On March 1, 2010, the Court issued an Order to Show Cause as to why this matter should not be transferred to Fresno under the circumstances. On March 5, 2010, Plaintiff filed a response indicating she had no objection to the Court transferring this matter to Fresno. This Court consequently orders the case transferred to the Fresno Division.

IT IS SO ORDERED.

Dated: March 16, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE