```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


                            ----oo0oo----

TERRI MILLER,
                                       NO. 2:10-cv-00369-MCE-EFB
          Plaintiff,

     v.                                ORDER TO SHOW CAUSE

METROPOLITAN LIFE INSURANCE
COMPANY; QUEBECOR WORLD LONG
TERM DISABILITY PLAN,

          Defendants.
                            ----oo0oo----
```

Through the present action, Plaintiff Terri Miller seeks to obtain long term disability benefits under an employee welfare benefit plan established by her employer, Defendant Quebecor World, and issued by Defendant Metropolitan Life Insurance Company.  Plaintiff contends her disability benefits were improperly terminated and she seeks both reinstatement of those benefits and the payment of past benefits she claims she should have received.

1

1    Plaintiff's lawsuit was commenced on February 11, 2010 in
2 the Sacramento Division of this Court.  The Complaint indicates
3 that Plaintiff is a resident of Merced County, California, and
4 while the Complaint is silent with respect to Defendant Quebecor
5 World's location, it appears likely that Plaintiff worked for
6 Quebecor World in Merced County.  Consequently all actions
7 relevant to this lawsuit appear to have occurred within Merced
8 County.
9    Merced County is part of the Fresno Division of the United
10 States Court for the Eastern District of California.  See Local
11 Rule 120(d).  Pursuant to Local Rule 120(f), any civil action
12 which has not been commenced in the proper court may, on the
13 Court's own motion, be transferred to the proper division.
14    On March 1, 2010, the Court issued an Order to Show Cause as
15 to why this matter should not be transferred to Fresno under the
16 circumstances.  On March 5, 2010, Plaintiff filed a response
17 indicating she had no objection to the Court transferring this
18 matter to Fresno.  This Court consequently orders the case
19 transferred to the Fresno Division.
20    IT IS SO ORDERED.

Dated: March 16, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2