# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI MILLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; QUEBECOR WORLD LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-00479-OWW-SKO<br><br>Action Filed : February 11, 2010<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[Lodged Concurrently With:<br>　- Stipulation for Dismissal] |

　　The parties, by and through their attorneys of record, have stipulated to a dismissal of this entire action, as to each and every defendant and as to all claims, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **February 28, 2011**　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1:10-cv-00479-OWW-SKO

ORDER DISMISSING CASE WITH PREJUDICE